**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SANDRA YELVINGTON,

    Plaintiff,

vs.                                        Case No. 3:12-cv-1054-J-32TEM

SANTANDER CONSUMER USA, INC.,

    Defendant.

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 19), filed on March 8, 2013, this case is dismissed with prejudice, with each party to bear its own attorney's fees and costs. The Clerk shall close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 12th day of March, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa.

Copies:

Counsel of Record